**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-02604-REB-GJR

DELTA-MONTROSE ELECTRIC ASSOCIATION, a Colorado electric cooperative, and
SAN MIGUEL POWER ASSOCIATION, a Colorado electric cooperative,

      Plaintiffs,

v.

ALLAN J. ROSING, d/b/a THE ROSING GROUP, a sole proprietorship,

      Defendant.

---

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

      This matter comes before the Court, *sua sponte.*

      **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A)-(C), Fed. R. Civ. P. 72 and D.C.COLO.LCivR 72.1C, the United States Magistrate is designated to conduct proceedings in this civil action as follows:

(X)    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X)    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

(X)    Hear and determine pretrial matters, as referred.

(X)    Conduct a pretrial conference and enter a pretrial order.

      **IT IS FURTHER ORDERED that parties and counsel shall be familiar and comply with the undersigned judge's requirements at www.cod.uscourts.gov.**

      Dated December 8, 2010, at Denver, Colorado.

                                      **BY THE COURT:**

                                    Bob Blackburn
                                    Robert E. Blackburn
                                    United States District Judge