**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice**

Civil Action No.   10-cv-02604-REB-GJR

DELTA-MONTROSE ELECTRIC ASSOCIATION,
a Colorado electric cooperative, and
SAN MIGUEL POWER ASSOCIATION,
a Colorado electric cooperative,

      Plaintiffs and Counterclaim Defendants,

vs.

ALLAN J. ROSING,
d/b/a THE ROSING GROUP,
a sole proprietorship,

      Defendant and Counterclaim Plaintiff.

---

**ORDER RE: PLAINTIFF'S MOTION TO COMPEL RULE 26(a)
DISCLOSURES AND PRODUCTION OF DOCUMENTS (Doc. 34)**

---

      The Court has considered Plaintiff's Motion to Compel, the arguments therein, and Defendant's response.

      The Court finds that the documents requested, and specifically the following documents:

> All notes, calendars, diaries, journals, time sheets, or similar documents which would show, contain, or detail, for each timekeeper performing services billed under the Agreement for Professional Services, the amount of time spent, the identity of the timekeeper, and the specific job, task, or service which was performed.

are discoverable under Rule 26 of the Federal Rules of Civil Procedure.

The Court rejects Defendant's argument that there are no undisclosed documents, electronically stored information or tangible things in his possession or custody or control that he may use to support his claims or defenses, and that the issue is therefore moot.

Defendant has specifically declined to produce documents related to the value of the services Defendant provided to Plaintiffs. The Court finds that these documents are directly relevant to Plaintiff's prayer that the Court "determine the fair and reasonable value of the services performed by Defendant."

Defendant has not met his burden to show that there is any reason to limit discovery of these time records.

Accordingly, the Court grants Plaintiff's Motion to Compel Rule 26(a) disclosures and production of documents and orders Defendant to produce to plaintiff, within 10 days of this Order, the following documents:

> All notes, calendars, diaries, journals, time sheets, or similar documents which would show, contain, or detail, for each timekeeper performing services billed under the Agreement for Professional Services, the amount of time spent, the identity of the timekeeper, and the specific job, task, or service which was performed.

Plaintiff's request for an award of attorney fees and costs in conjunction with this motion is held in abeyance.

DATED at Grand Junction, Colorado, this 1st day of March, 2011.

BY THE COURT:

s/ Gudrun J. Rice

_____

Gudrun J. Rice
United States Magistrate Judge